UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON P. STEWART,<br><br>　　　　　Plaintiff,<br>v.<br><br>CALIFORNIA DEPARTMENT OF EDUCATION, *et al.*,<br><br>　　　　　Defendants. | Civil No. 07cv0971 JAH(CAB)<br><br>**ORDER DENYING PLAINTIFF'S APPLICATION FOR LEAVE TO FILE A RESPONSE TO DEFENDANTS' MOTION TO DISMISS [Doc. No. ]** |

　　　　On May 23, 2008, Plaintiff filed an application for leave to file a response to Defendants California Department of Education and Jack O'Connell's motion to dismiss.[1] Defendants originally filed their motion to dismiss on October 11, 2007 and filed an amended motion on October 12, 2007. The motion was set for hearing on December 3, 2007. As such, Plaintiff was required to file an opposition on or before November 19, 2007. Plaintiff failed to file a timely response to the motion and took no action to seek leave to file a response beyond the due date until May 2008.

　　　　Plaintiff contends there is good cause for leave to file a response because his parent who is assisting him with his lawsuit was in an accident in January 2008 and his sister required 24 hour care for suicide watch. The Court finds Plaintiff fails to demonstrate the incidents alleged prevented him from filing a timely response in November 2007.

　　　　Accordingly, IT IS HEREBY ORDERED Plaintiff's request for leave to file an

---

[1] The document is entitled "request for leave to file amended response. . .", however, the Court notes there is no original response to amend. As such, the Court construes the request as an application to file a response to the motion beyond the due date.

1  amended response to Defendants California Department of Education and O'Connell's
2  motion to dismiss is **DENIED**.
3  DATED: May 27, 2008

_____
JOHN A. HOUSTON
United States District Judge